No. 99–5193. GREEN v. SELSKY ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–5194. GOODMAN v. JOHNSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5195. FLEENOR v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 99–5197. FLOYD ET AL. v. WAITERS ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5198. CHAUDHRY ET AL. v. GALLERIZZO ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5199. PRICE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5200. SMALL v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 99–5201. PATTERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5202. RADLEY v. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–5203. SMITH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5204. BLACK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5205. TORRES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5206. DOTY v. WHALEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5207. MCCULLOUGH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5208. MARQUEZ-FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.